IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-00074-BR-1

UNITED STATES OF AMERICA )
)
v. )
)
JOHNNY MACK HONEYCUTT )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 6, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(c), based upon the defendant pleading guilty to 18 U.S.C. § 641, and agreeing to the forfeiture of the property listed in the August 6, 2017 Preliminary Order of Forfeiture, to wit:

(1) A 2014 Chevrolet Silverado, VIN #3GCPCREC6EG360177;

(2) A 2010 Ford Fl50, VIN #1FTEX1E87AFA64346;

(3) A 2000 GMC Sierra, VIN #1GTFC24T8YE101559;

(4) A 7' x 12' trailer, VIN #53BPTEA26EU008964;

(5) The real property located at 140 Morristown Road Stella, North Carolina, being all of Lot 5, Stella Fields, Phase 1, as the same appears on that plat of record in Map Book 29, Page 612, Carteret County Registry, also shown as Lot 5 on Map Book 29, Page 545 Carteret County Registry;

1

AND WHEREAS, the United States published notice of this forfeiture at the [www.forfeiture.gov](www.forfeiture.gov) web site for at least 30 consecutive days, between October 4, 2017 and November 2, 2017 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioners as to the subject properties in this criminal forfeiture action are listed as follows: Ann Honeycutt and the Carteret County Tax Office;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Ann Honeycutt via Certified Mail, return receipt requested, on October 6, 2017 by an agent of the U.S. Postal Service;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on the Carteret County Tax office, via Certified Mail, return receipt requested, on October 6, 2017 by an agent of the U. S. Postal Service;

AND WHEREAS, Service of the Preliminary Order of Forfeiture was made on Item 4, listed above and described as a 7'x 12' trailer, VIN #53BPTEA26EU008964 while in the custody of the United States Marshal's Service on October 25, 2017;

AND WHEREAS, Service of the Preliminary Order of Forfeiture was made on the subject real property located at 140 Morristown Road, Stella, North Carolina, by posting of the Preliminary Order of Forfeiture on the property by an agent of the United States Marshal's Service on October 26, 2017;

AND WHEREAS, The United States advises the Court that it is not pursuing a final forfeiture of those properties listed as Items (1), (2), and (3) in the August 6, 2017 Preliminary Order of Forfeiture;

AND WHEREAS, On October 12, 2017, a petition was filed by Carteret County Tax Administrator as to the subject real property. On January 5, 2018, the United States acknowledged the petition of Carteret County and on sale by the United States, the Carteret County ad valorem taxes shall be paid in full from the proceeds of sale;

AND WHEREAS, it appears from the record that no other petitions, contested or otherwise, have been filed for the subject personal and/or real property described in this Court's

August 6, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject real and personal property listed as Items 4 and 5 in the August 6, 2017 Preliminary Order of Forfeiture are hereby forfeited to the United States. That the United States Marshal's Service is directed to dispose of the property according to law.

2. That the Carteret County ad valorem taxes shall be paid in full from the proceeds of the sale of the subject real property.

3. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 21 February 2018.

_____
W. Earl Britt
Senior U.S. District Judge